**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Broadcast Music, Inc., et al., | No. CV-08-1926-PHX-DGC |
| Plaintiffs, | |
| vs. | **ORDER** |
| Epicurean Enterprises, LLC, doing business as LeGirls Cabaret West, et al., | |
| Defendants. | |

Plaintiffs have filed a motion for attorneys' fees. Dkt. ##36, 37. Defendants have not responded to the motion. For the reasons that follow, the Court will award Plaintiffs $31,510.

**I.  Background.**

On October 20, 2008, Plaintiffs filed a complaint against Defendants under the Copyright Act of 1976, 17 U.S.C. §§ 101, et seq. Dkt. #1. The complaint asserted eight claims of willful copyright infringement and requested statutory damages, an injunction against further infringement, and attorneys' fees. *Id.* at 3. On June 26, 2009, Plaintiffs filed a motion for summary judgment which the Court granted. Dkt. #34. Plaintiffs now seek an award of attorneys' fees under 17 U.S.C. § 505. Dkt. ##36, 37.

**II.  Analysis.**

Under 17 U.S.C. § 505, the Court may "award a reasonable attorney's fee to the prevailing party" of a civil action under Title 17. Plaintiffs' counsel, Mark Deatherage, has filed an affidavit and an itemized statement of fees showing that he worked 68.2 hours on this

case and that a paralegal worked 5.3 hours. Dkt. #37-1 at 4. Having reviewed counsel's affidavit (*id.* at 11-12) and the statement of fees (*id.* at 4-9), and having considered the favorable result counsel obtained for Plaintiffs and the relevant fee award factors, *see Hensley v. Eckerhart*, 461 U.S. 424, 429-30 n.3 (1983), the Court finds that the requested award is reasonable.

**IT IS ORDERED:**

1. Plaintiffs' motion for attorneys' fees (Dkt. #36) is **granted**.
2. Pursuant to 17 U.S.C. § 505, attorneys fees in the total amount of $31,510 are awarded in favor of Plaintiffs and against Defendants, jointly and severally.

DATED this 4th day of December, 2009.

_____
David G. Campbell
United States District Judge